UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CALL DOCKET**                                                                                   **SECTION "B"**

The following cases were called on Thursday, March 1, 2012 at 9:00 a.m., before Judge Ivan L. R. Lemelle:

**10-2747**    **PLUMBERS AND STEAMFITTERS LOCAL 60, ET AL. V. GLOBAL TECHNOLOGIES, LLC**

JS10(:02)

Appearance by Christina Carroll for plaintiff.  Plaintiff is to file a motion for entry of default as to Global Technologies 2 LLC within one week.  Plaintiff given thirty days to serve defendant J.W. Ewing.

**11-1595**    **KAIGLER V. MEDTRONIC INC ET AL**.

No appearance by plaintiff.  Case dismissed without prejudice.  See Court order.

**11-1829**    **K-BAR, INC. V. JEFFERSON PARISH, ET AL**

JS10(:02)

Appearance by V. Jacob Garbin for plaintiff.  The Court will enter a conditional dismissal without prejudice.  Plaintiff to file a motion to dismiss within thirty days.

**11-2160**    **RONALD KIBBE V. OASIS HORTICULTURAL SERVICES, INC., ET AL.**

JS10(:02)

Appearance by Matthew Sutton for plaintiff.  Plaintiff is to file proof of service on defendants within seven days.  Case passed for thirty days.

New Orleans, Louisiana, the 5th day of March, 2012

*[signature]*

UNITED STATES DISTRICT JUDGE