UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES KAIGLER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 11-1595** |
| **MEDTRONIC INC ET AL**. | **SECTION "B" (4)** |

## ORDER AND JUDGMENT

For failure to comply with the Court's Order of February 14, 2012, record document number 3,

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's claims and demands against defendants, Medtronic Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Rico Operations Co., are hereby **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this   5th   day of   March  , 2012.

_____
UNITED STATES DISTRICT JUDGE